**Order entered June 17, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00101-CV

## STACEY DORFMAN KIVOWITZ, ET AL., Appellants

## V.

## LOUIS DORFMAN, SR., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13563**

### ORDER

Before the Court is appellants Stacy Dorfman Kivowitz and Samuel Grant Dorfman's June 16, 2021 unopposed motion for extension of time to file their brief. We note appellee has filed a motion to dismiss Ms. Kivowitz and Mr. Samuel Dorfman's appeal for want of jurisdiction. Accordingly, we **GRANT** the motion to the extent we **SUSPEND** the deadline for all briefs pending disposition of the motion to dismiss.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE